THE BEDELL COMPANY v. MOSES H. HARRIS.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES E. SULLIVAN v. W. A. HARRIMAN & Co., INC., and Another.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

CHARLES E. SULLIVAN v. W. A. HARRIMAN & Co., INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

CHARLES E. SULLIVAN v. W. A. HARRIMAN & Co., INC., and Another.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

CHARLES E. SULLIVAN v. W. A. HARRIMAN & Co., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA v. JOSEPHINE BROWN, as Administratrix, etc., of ALBERT E. SNYDER, Deceased, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, Administrator, etc., of ANTONIO COMINCIO, Deceased.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of WILLIAM R. ROSE, as Sole Surviving Trustee, etc., of AL HAYMAN, Deceased, and of WILLIAM R. ROSE and Another, as Executors, etc., of MINNIE HAYMAN, Deceased Trustee, under the Last Will and Testament of AL HAYMAN, Deceased, and in the Matter of the Application of WILLIAM R. ROSE, as Sole Surviving Trustee, etc., of AL HAYMAN, Deceased.— Motion denied, with ten dollars costs. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of WILLIAM R. ROSE, as Sole Surviving Trustee, etc., of AL HAYMAN, Deceased.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of WILLIAM R. ROSE, as Sole Surviving Trustee, etc., of AL HAYMAN, Deceased.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

SIMON BENJAMIN v. JACOB KLEIN. JACOB KLEIN v. SIMON BENJAMIN.— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for a stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

BANKERS TRUST COMPANY, Executor, etc., of MARION S. WRIGHT, Deceased, v. ALFRED M. BEDELL.— Motion denied, with ten dollars costs. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of MORRIS H. KATZ, an Attorney.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES T. BAIRD and Others.—